**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Garcia-Alcantar

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0102-NLS |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **SABAS GARCIA-ALCANTAR**, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: January 16, 2008      /s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia-Alcantar
Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  January 16, 2008                              /s/  *Candis Mitchell*
                                                      **CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Candis_Mitchell@fd.org