AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| SABAS GARCIA-ALCANTAR | CASE NUMBER: 08CR321-DMS |

I, SABAS GARCIA-ALCANTAR, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Feb. 7, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Sabas Garcia
Defendant

Cornelia Mitchell
Counsel for Defendant

Before _____
JUDICIAL OFFICER